UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00482-FDW-DSC

| | |
|---|---|
| J. A. MAYFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STRAYER UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the submission of the parties' Certification and Report of F.R.C.P. 26(f) Conference and Proposed Discover Plan. (Doc. No. 9). In the Certification and Report, the parties were required to provide an estimation of approximately how many days would be required for trial, if the case is ultimately tried. (Doc. No. 9, p. 4). However, this entry in the Certification was left blank. As such, the Court allocates two (2) days of time for trial should this case be tried. The Court also notes that, while the parties held their Initial Attorneys' Conference on October 25, 2012, the Certification and Report was not filed until November 2, 2012, which is after the five (5) calendar day requirement set forth in the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, Misc. No. 3:07-mc-46 (Doc. No. 2). As such, the parties are cautioned that the Court expects compliance with all aspects of its standing orders as this case moves forward.

IT IS SO ORDERED.

Signed: November 9, 2012

_____
Frank D. Whitney
United States District Judge