# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12-CV-00482-FDW-DSC

| | |
|---|---|
| JOYCE A. MAYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| STRAYER UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. Plaintiff Joyce A. Mayfield and Defendant Strayer University, Inc. previously agreed to settle this case and filed a "Notice of Binding Settlement," (Doc. No. 48), with the Court on September 5, 2013. The Court expected the parties to file a stipulation of dismissal by September 17, 2013. As of the date of this Order, no such stipulation has been filed. Upon inquiry by the Court, it has come to the Court's attention that one of the parties is now attempting to change the terms of the settlement agreement. It appears to be undisputed that the parties agreed to the material terms of the settlement, and such representation was made to the Court, resulting in this case being removed from the trial calendar. The parties have bound themselves to the settlement, as the Notice of Binding Settlement, which was signed by counsel for both parties, makes very clear. As such, the terms of the settlement remain the same as the terms that the parties agreed to at the time the settlement was made. Furthermore, the Court has no indication that the parties are in dispute as to what the original terms were of the settlement. The Court hereby informs the parties that the terms of the settlement may not now be changed or renegotiated after they have already been

agreed to by both parties.

Accordingly, the parties are hereby ORDERED to file a stipulation of dismissal with the Court by Wednesday, September 25, 2013. In the event that a stipulation of dismissal is not filed by that date, the parties will be ordered to show cause why they should not be held in contempt of court.

IT IS SO ORDERED.

Signed: September 19, 2013

Frank D. Whitney
Chief United States District Judge