# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12-CV-00482-FDW-DSC

| | |
|---|---|
| JOYCE A. MAYFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STRAYER UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court sua sponte. Previously, the Court ordered Plaintiff Joyce A. Mayfield and Defendant Strayer University, Inc. to show cause why they should not be held in contempt of court. (Doc. No. 50). In responding to that Order, the parties are hereby directed to file under seal any documents that contain settlement discussions, provisions, or terms. Such documents are to be sealed with access to the Court and to both parties only, and are to be filed on ECF. Furthermore, although it contains a number of redactions, Plaintiff's already filed Response to Order to Show Cause and its attachments, (Doc. Nos. 51, 51-1, 51-2), are hereby SEALED with access to the Court and both parties only.

IT IS SO ORDERED.

Signed: September 27, 2013

Frank D. Whitney
Chief United States District Judge