| | | |
|---|---|---|
| **JOYCE A. MAYFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **STRAYER UNIVERSITY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

       **THIS MATTER** is before the Court upon Defendant Strayer University Inc.'s Motion to File Information and Documents in Response to the Court's September 26, 2013 Order Under Seal. (Doc. No. 52). As the Court has issued an Order regarding the sealing of documents in this case, (Doc. No. 54), this Motion is DENIED AS MOOT. However, all provisions of the Court's Order regarding the sealing of documents, (Doc. No. 54), remain in full effect. Furthermore, the Court clarifies that all materials sealed by that Order are to remain permanently sealed with access to the Court and both parties only.

       IT IS SO ORDERED.

Signed: September 27, 2013

Frank D. Whitney
Chief United States District Judge