UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-482-FDW-DSC

| | |
|---|---|
| JOYCE A. MAYFIELD, ) | |
| Plaintiff, ) | |
| vs. ) | |
| STRAYER UNIVERSITY, INC, ) | NOTICE OF HEARING |
| Defendant. ) | |

TAKE NOTICE that an Evidentiary Hearing will take place before the undersigned on Tuesday October 8, 2013, at 10:00 a.m. in Courtroom #1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.

Signed: October 2, 2013

Frank D. Whitney
Chief United States District Judge